**Fill in this information to identify the case:**

Debtor 1: __Peter__ __Andrew__ __Holliday__
          First Name   Middle Name   Last Name

Debtor 2: __n/a__
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the Central District of California

Case number: __1:18-bk-10524-MB__

**FILED**
OCT 19 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $8950.74  ($8152.24 + $798.50) |
|---|---|
| Claimant's Name: | Kristie Laurel Holliday |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P.O. Box 8104<br>Mission Hills, CA 91346<br>818-937-3334<br>beaconoftruthtarot@gmail.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Central District of California
Civil Process Clerk
Federal Building, Room 7516 300
North Los Angeles Street Los
Angeles, CA 90012

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 9-22-23

Signature of Applicant

Printed Name of Applicant: Kristie Laurel Holliday

Address: P.O. Box 8104
Mission Hills, CA 91346

Telephone: 818-937-3334

Email: beaconoftruthtarot@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: N/A

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

**See Attached Notary Certificate**

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of ___Los Angeles___ )

On __09/22/2023__ before me, ___Kanwal Jeet Singh, Notary Public___,  
Date                                        Here Insert Name and Title of the Officer

personally appeared __KRISTIE LAUREL HOLLIDAY__  
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: KANWAL JEET SINGH, Notary Public - California, Los Angeles County, Commission # 2457267, My Comm. Expires Aug 29, 2027]

Signature ___[signature]___  
Signature of Notary Public

_Place Notary Seal Above_

──────── OPTIONAL ────────  
_Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**  
Title or Type of Document: __Application for Payment of Unclaimed Funds__  Document Date: __09/22/2023__  
Number of Pages: _____  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited  ☐ General  
☐ Individual       ☐ Attorney in Fact  
☐ Trustee          ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited  ☐ General  
☐ Individual       ☐ Attorney in Fact  
☐ Trustee          ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY

IN RE: Peter A. Holliday  
17214 Germain St  
Granada Hills, CA 91344  

Case No.: 1:18-bk-10524-MB  
Judge: Martin R. Barash  

# DRAFT FINAL REPORT AND ACCOUNT

This case was: **COMPLETED**

SSN#1 - XXX-XX-9709  
SSN#2 -

| This Case was: commenced on 02/28/2018 | The Plan was: Confirmed on 01/28/2020 | The last payment was: received on 05/11/2023 |
|---|---|---|

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:           $87,763.43

## DISTRIBUTIONS TO CREDITORS

| NAME OF CREDITOR | DESCRIPTION | CLASS | CLAIM AMOUNT | AMOUNT PAID | INTEREST PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| America's Tires | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Barclay Card Services | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Best Choice | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital One Quicksilver | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Ferguson | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| First National Bank of Omaha | | UNSECURED | 3,115.93 | 124.64 | 0.00 | 0.00 |
| Hirsch | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | | PRIORITY - TAXE | 50,975.71 | 50,975.71 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | POST-PETITION ADMIN CL | PRIORITY - TAXE | 8,951.00 | 8,951.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | | UNSECURED | 27,479.43 | 1,099.18 | 0.00 | 0.00 |
| Kristie L. Holiday | CC #8 - OBJECTION SUSTA | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Kristie Laurel Holliday | CC #6 - PER OE 12/31/08 - | UNSECURED | 203,806.00 | 8,152.24 | 0.00 | 0.00 |
| Kristie Laurel Holliday | CC #7 - CANNOT RESOLVE | UNSECURED | 19,962.56 | 798.50 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | | UNSECURED | 2,659.45 | 106.38 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | | UNSECURED | 3,390.93 | 135.64 | 0.00 | 0.00 |
| Publisher's Clearing House | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | | UNSECURED | 890.83 | 35.63 | 0.00 | 0.00 |
| Yamaha Motor Finance | '15 YAMAHA SUPER TENEF | SECURED OMIT1 | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRIN. & INT. |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 0.00 | 59,926.71 | 261,305.13 | | 0.00 | 321,231.84 | 70,378.92 |
| PRIN. PAID | 0.00 | 59,926.71 | 10,452.21 | | 0.00 | 70,378.92 | |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID THROUGH PLAN |
|---|---|---|
| Stephen Parry | 8,780.00 | 8,780.00 |
| George H. Hultman, II | 0.00 | 0.00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT: | TRUSTEE EXP. & COMPENSATION FUND: | OTHER COST: | TOTAL: |
|---|---|---|---|
| 0.00 | 8,600.01 | 0.00 | 8,600.01 |

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403

Check No.: 1039362
Check Date: 07/19/2023
Check Amt: 139.51

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1810524 | | Peter A. Holliday | XXX-XX-9709 | 0.00 | 0.00 | 139.51 | 139.51 |
| | Claim #: 00015 | | | | | | |
| | | TOTALS | | 0.00 | 0.00 | 139.51 | 139.51 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403

AMERICAN BUSINESS BANK
523 W. 6th Street, Suite 900
Los Angeles, CA 90014
16-4280/1220

CHECK DATE: Jul 19, 2023
CHECK NO.: 1039362

CHECK AMOUNT
$********139.51
VOID AFTER 60 DAYS

Holliday, Peter A.
Case No: 1810524

PAY ONLY  139.51
ONE THREE NINE PERIOD FIVE ONE

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $139.51

Elizabeth F Rojas

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈1039362⑈ ⑆122042807⑆ 03998548⑈

Case 1:18-bk-10524-MB    Doc 123    Filed 08/16/23    Entered 08/16/23 16:39:20    Desc
Main Document    Page 2 of 2

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15260 VENTURA BLVD.  
SUITE 710  
SHERMAN OAKS, CA 91403

Check No.: 1039361  
Check Date: 07/19/2023  
Check Amt: 1,424.27

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1810524 | 7353 Claim #: 00014 | Peter A. Holliday | XXX-XX-9709 | 0.00 | 0.00 | 1,424.27 | 1,424.27 |
| | | | TOTALS | 0.00 | 0.00 | 1,424.27 | 1,424.27 |

---

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15260 VENTURA BLVD.  
SUITE 710  
SHERMAN OAKS, CA 91403

AMERICAN BUSINESS BANK  
523 W. 6th Street, Suite 900  
Los Angeles, CA 90014  
16-4280/1220

CHECK DATE: Jul 19, 2023  
CHECK NO.: 1039361

Holliday, Peter A.  
7353  
Case No: 1810524

PAY ONLY  $****1,424.27  
ONE COMMA FOUR TWO FOUR PERIOD TWO SEVEN

CHECK AMOUNT  
$******1,424.27  
VOID AFTER 60 DAYS

PAY TO THE ORDER OF  
CLK US BANKRUPTCY CT

VOID OVER $1,424.27

Elizabeth F Rojas

⑈1039361⑈ ⑆122042807⑆ 03998548⑈

Case 1:18-bk-10524-MB    Doc 127    Filed 08/16/23    Entered 08/16/23 16:36:30    Desc
Main Document    Page 2 of 2

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15260 VENTURA BLVD.  
SUITE 710  
SHERMAN OAKS, CA 91403

Check No.: 1038185  
Check Date: 06/15/2023  
Check Amt: 6,727.97

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1810524 | 7353 Claim #: 00014 | Peter A. Holliday | XXX-XX-9709 | 0.00 | 0.00 | 6,727.97 | 6,727.97 |
|  |  | TOTALS |  | 0.00 | 0.00 | 6,727.97 | 6,727.97 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15260 VENTURA BLVD.  
SUITE 710  
SHERMAN OAKS, CA 91403

AMERICAN BUSINESS BANK  
523 W. 6th Street, Suite 900  
Los Angeles, CA 90014  
16-4280/1220

**CHECK DATE**: Jun 15, 2023  
**CHECK NO.**: 1038185

Holliday, Peter A.  
7353  
Case No: 1810524

PAY ONLY 

**CHECK AMOUNT**  
$******6,727.97  
VOID AFTER 60 DAYS

PAY TO THE ORDER OF   CLK US BANKRUPTCY CT

VOID OVER $6,727.97

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈1038185⑈  ⑆122042807⑆  0399854⑈

Case 1:18-bk-10524-MB    Doc 125    Filed 08/16/23    Entered 08/16/23 16:34:30    Desc
Main Document    Page 2 of 2

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15260 VENTURA BLVD.  
SUITE 710  
SHERMAN OAKS, CA 91403

Check No.: 1038184  
Check Date: 06/15/2023  
Check Amt: 658.99

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1810524 | Claim #: 00015 | Peter A. Holliday | XXX-XX-9709 | 0.00 | 0.00 | 658.99 | 658.99 |
| | | TOTALS | | 0.00 | 0.00 | 658.99 | 658.99 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15260 VENTURA BLVD.  
SUITE 710  
SHERMAN OAKS, CA 91403

AMERICAN BUSINESS BANK  
523 W. 6th Street, Suite 900  
Los Angeles, CA 90014  
16-4280/1220

CHECK DATE: Jun 15, 2023  
CHECK NO.: 1038184  
CHECK AMOUNT: $********658.99  
VOID AFTER 60 DAYS

Holliday, Peter A.  
Case No: 1810524

PAY ONLY  658.99

PAY TO THE ORDER OF: CLK US BANKRUPTCY CT

VOID OVER $658.99

Elizabeth F Rojas

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈1038184⑈ ⑆122042807⑆ 0399854⑈